In the Matter of the Judicial Settlement of the Account of CLARA L. SMITH, as Administratrix, etc., of MICHAEL PADDEN, Deceased.— Motion for leave to appeal to the Court of Appeals denied.

In the Matter of the Judicial Settlement of the Account of CLARA L. SMITH, as Administratrix, etc., of THOMAS STANWOOD, Deceased.— Motion for leave to appeal to the Court of Appeals denied.

In the Matter of the Judicial Settlement of the Account of CLARA L. SMITH, as Administratrix, etc., [of ABRAHAM WOODWORTH, Deceased.— Motion for leave to appeal to the Court of Appeals, denied.

HYDRAULIC RACE COMPANY, Respondent, v. NIAGARA FALLS MILLING COMPANY, Appellant.— Motion for a reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied.

In the Matter of the Application of JOHN NEWMAN and Others for the Removal of DANIEL F. STROBEL, as Supervisor of the Town of Ohio, County of Herkimer.— Motion to dismiss proceeding granted.

SARATOGA MARBLE & TILE CO., INC., Appellant, v. ALICE BLACKFORD and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements, with leave to plaintiff to serve amended complaint within ten days on payment of the costs of the motion and of this appeal. All concur.

J. LYNNE BLESSING, as Administrator, etc., of RUPERT L. BLESSING, Deceased, Respondent, v. WILLIAM J. MORREY and Another, Respondents, Impleaded with RONALD W. BLUST, Appellant.— Order modified by changing place of trial to Seneca county and as so modified affirmed, without costs on this appeal. All concur.

RALPH CONKLING, Respondent, v. NEIL SAVAGE, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur.

ALICE COOKE RANDALL, Respondent, v. JOHN A. RANDALL, Appellant.— Order modified so as to limit the denial of the motion to the paragraphs other than numbers 7 to 15, both inclusive, of the complaint, and as to said paragraphs the motion is granted, and as so modified the order is affirmed, without costs on this appeal. All concur.